ANTONETTA CHIULLI and DOMENICO CHIULLI, Appellants, v. ROCCO DIMASE and GIUSEPPINA DIMASE, Respondents.— Action by the plaintiff wife to recover damages for personal injuries sustained when she fell down a stairway leading to the side yard of a tenement house in which she was visiting her niece, a tenant.

Action also by her husband to recover for medical expenses and loss of services. Judgment in favor of defendants and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.